FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID BOORSTEIN, individually and on behalf of all others similarly situated, et. al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>MEN'S JOURNAL LLC, a Delaware limited liability company, et. al.,<br><br>        Defendants- Appellees. | Nos. 12-56696, 12-56925,<br>     12-57209, 12-57231,<br>     12-17591<br><br>D.C. No. 2:12-cv-00771-DSF-E<br>U.S. District Court for Central California, Los Angeles<br><br>ORDER |

Appellant's joint opposed motion for consolidation of nos. 12-56696, 12-56925, 12-57209, 12-57231, and 12-17591 is granted to the extent that the above-captioned cases are to be assigned to the same merits panel.

The cases shall be briefed separately.

The briefing schedule for nos. 12-56696, 12-56925, and 12-17591 are as follows: the opening briefs are due April 15, 2013; the answering briefs are due May 15, 2013; and the optional reply briefs are due within 14 days after service of

12-56696, 12-56925, 12-57209, 12-57231, 12-17591

the answering briefs.

The briefing schedule in nos. 12-57209 and 12-57231 are unchanged.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
　　Ninth Circuit Rule 27-7/Advisory Note
　　to Rule 27 and Ninth Circuit Rule 27-10